UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ERNEST WASHINGTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:14-cv-01465 |
| v. | ) | |
| | ) | Judge Sharp |
| | ) | Magistrate Judge Griffin |
| TIM HINDSLEY, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Ernest Washington, an inmate currently in the custody of the Davidson County, Tennessee Sheriff's Office and confined at the Criminal Justice Center, proceeding *pro se* and *in forma pauperis*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that *Defendants' Motion to Dismiss* (Docket Entry No. 10) be granted. No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 17) is hereby ACCEPTED and APPROVED;

(2) *Defendants' Motion to Dismiss (*Docket Entry No. 10) is hereby GRANTED; and

1

(3) This case is hereby DISMISSED WITHOUT PREJUDICE in accordance with 42 U.S.C. § 1997e(a).

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE